# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.  0:15-cv-02286-DSD-JJK

| | |
|---|---|
| Steven L. Wirtz , <br><br> Plaintiff, <br><br> v. <br><br> JPMorgan Chase Bank, N.A. and Specialized Loan Servicing, LLC, <br><br> Defendants. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

To:  Specialized Loan Servicing, LLC and through its attorney, Jared M. Goerlitz, PFB Law, P.A., 55 East Fifth Street, Suite 800, St. Paul MN 44101.

## MOTION

PLAINTIFF, by and through him counsel, moves the Court for summary judgment against Specialized Loan Servicing, LLC on all claims of Plaintiff's Complaint. This motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure, and is based upon the files, records, and pleadings herein, the arguments of counsel, and any additional argument, evidence, or briefing as may hereinafter be presented.

                                          **CHRISTENSEN LAW OFFICE PLLC**

Dated: March 1, 2016                /s/ Daniel M. Eaton
                                          Daniel M. Eaton (#389452)
                                          800 Washington Ave. N.
                                          Suite 704
                                          Minneapolis MN 55401
                                          Ph: (612) 823-0188
                                          Fax: (612) 823-4777
                                          dan@clawoffice.com

                                          ATTORNEY FOR PLAINTIFF