UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 0:15-cv-02286-DSD-JJK

| | |
|---|---|
| Steven L. Wirtz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A. and Specialized Loan Servicing, LLC,<br><br>　　　　Defendants. | **AFFIDAVIT OF STEVEN L. WIRTZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF MINNESOTA )
　　　　　　　　　　 ) ss.
COUNTY OF HENNEPIN )

I, Steven L. Wirtz, hereby attest to the following as true:

1. My Name is Steven L. Wirtz, I am the Plaintiff in the above-captioned lawsuit.

2. After I received notice that Chase was transferring service of my mortgage loan to Specialized Loan Servicing, I did not receive any mortgage statements until approximately August, 2013.

3. I had to pay my bank no less than $80.00 to obtain copies of the bank statements that I sent to Specialized Loan Servicing upon its request.

4. In or about January, 2016, I met with a loan officer from Employees Federal Credit Union to seek pre-approval for a car loan. The loan officer told me that, due to the late payments reported by SLS, I would qualify for a loan at an annual interest

rate of approximately 8%; however, if the late payments were not reported on my record, I would qualify for a loan at an annual interest rate of approximately 5%.

5.    I have incurred attorney fees in connection with this matter with SLS.

FURTHER SAYETH YOUR AFFIANT NAUGHT

_____ 3-1-16
Steven L. Wirtz

Subscribed and sworn to before me, this __3/1/2016_____.

_____
Notary Public

COLE W.R. LANGSDORF
NOTARY PUBLIC
STATE OF MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2020