# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven L. Wirtz

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 15-cv-2286-DSD/KMM

JPMorgan Chase Bank, N.A.
Specialized Loan Servicing, LLC

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to reconsider [ECF No. 64] is granted as set forth above;

2. The order dated May 9, 2016, [ECF No. 41] is amended as follows:

   A.  Any statement or indication that SLS admitted or acknowledged a misapplication of Wirtz's mortgage payment is stricken;

   B. The order requiring SLS to stop reporting Wirtz's payments as delinquent is stricken;

   C. The order requiring SLS to inform credit reporting agencies that Wirtz is not delinquent on his mortgage payments is stricken;

3. Wirtz's request for damages, attorney's fees, and costs [ECF No. 43] is granted in part;

4. Wirtz is awarded $80.00 in actual damages, $4,137.22 in statutory damages, $45,468.50 in attorney's fees, and $1,276.83 in costs;

5. The motion to compel disclosure of settlement agreement [ECF No. 48] is denied; and

6. The motion to strike [ECF No. 54] is denied.

Date: 9/26/2016

RICHARD D. SLETTEN, CLERK

s/L. Sampson

(By)  L. Sampson, Deputy Clerk